UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL COLLINS, JR.,<br><br>　　　　　Defendant. | CASE NO. 2:22-cr-76<br><br>MINUTE ORDER |

　　　　On July 13, 2023, this Court held a revocation hearing for Michael Collins Jr. regarding alleged violations of his supervised release. During the hearing, Collins stated that he had recently consumed drugs and/or alcohol or was currently under the influence. In light of Collins's admission, the Court requested and received the recommendations of the United States, the assigned United States Probation officer, and Collins's defense counsel. The Court initially continued the revocation hearing for two weeks, but to afford the parties and probation adequate time to supplement or amend their previous submissions, and to give Collins an opportunity to demonstrate his sobriety, the Court continues the hearing until August 18, 2023. Collins remains subject to the conditions in the appearance bond pursuant Judge Peterson's June 16, 2023, order

MINUTE ORDER - 1

of release. Dkt. No. 13. Finding that Collins posed no immediate threat to the public, the Court declined to remand him into custody.

The Court ORDERS Collins to submit to a urinalysis test at 9:00 a.m. on August 18, 2023, to be conducted under the supervision of U.S. Probation, and for U.S. Probation to immediately notify the Court of the results, or any reason that uranalysis results were not able to be obtained, prior to the hearing later that same day.

It is so ORDERED.

Dated this 14th day of July 2023.

Jamal N. Whitehead
United States District Judge

MINUTE ORDER - 2