UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, | CASE NO. 2:22-cr-76 |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL COLLINS, JR., | |
| Defendant. | |

This matter came before the Court on Defendant Michael Collins's unopposed motion to continue the evidentiary hearing currently scheduled for October 26, 2023, to December 21, 2023, at 9:30 a.m. Dkt. No. 44. The Court has considered the motion and finds that for good cause shown and in the interest of justice, the motion should be heard without delay and that the evidentiary hearing should be continued to December 21, 2023, as requested.

IT IS SO ORDERED this 17th day of October, 2023.

Jamal N. Whitehead
United States District Judge

ORDER - 1