UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>      v.<br><br>Michael Collins, Jr.<br><br>                          Defendant. | Case No. CR22-76<br><br>**ORDER QUASHING WARRANT** |

THE warrant previously issued on 12/7/2023 for the arrest of the above named defendant is hereby ORDERED QUASHED.

DATED this 8th day of December, 2023.

_____
Jamal N Whitehead
United States District Judge

ORDER QUASHING WARRANT- 1